STATE of Missouri, ex rel., D.C.B., minor, by next friend, M.K., Respondent,

v.

B.R.B., Appellant.

No. 47585.

Missouri Court of Appeals, Eastern District, Division Three.

May 22, 1984.

Donald V. Nagle, St. Louis, for appellant.

Teresa Mayhew Hess, Theodore Ralph Allen, Hillsboro, for respondent.

## ORDER

PER CURIAM:

B.R.B. appeals from a judgment in a paternity case which determined that he is the father of D.C.B.

The motion of the Guardian ad Litem to dismiss this appeal is denied. The judgment is affirmed. Rule 84.16(b).